```
                                                    FILED
                                                    SEP 28
                                        UNITED STATES MAGISTRATE JUDGE
                                              DISTRICT OF NEVADA
                                        BY_____ DEPUTY
```

DANIEL G. BOGDEN
United States Attorney
NANCY J. KOPPE
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| PLAINTIFF, | 2:11-cr-_355_ |
| VS. | VIOLATION: |
| HANLON BAGGS, | 18 U.S.C. §2422(b) - Coercion and Enticement |
| DEFENDANT. | |

**THE GRAND JURY CHARGES THAT:**

Between on or about September 3, 2011, and on or about September 15, 2011, in the State and Federal District of Nevada,

**HANLON BAGGS,**

defendant herein, did use a facility of interstate commerce to knowingly persuade, induce, and entice, and to attempt to knowingly persuade, induce, and entice an individual who has not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense under federal, state and local law, in violation of Title 18, United States Code, Section 2422(b).

**DATED:** this 28th day of September, 2011.

**A TRUE BILL:**

/s/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

NANCY J. KOPPE
Assistant United States Attorney