Case 2:11-cr-00355-LDG -RJJ   Document 4 *SEALED*   Filed 09/28/11   Page 2 of 3   DHS

AO 442 (Rev. 01/09) Arrest Warrant                                                                                     2169759

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 2:11-cr-00355-LDG -RJJ |
| HANLON BAGGS | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    HANLON BAGGS

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2422(b) - COERCION AND ENTICEMENT

LANCE S. WILSON                                  September 28, 2011   Las Vegas, Nevada
CLERK                                             DATE
*Lance S. Wilson*
(By) DEPUTY CLERK

---

**Return**

This warrant was received on *(date)* 09/28/11, and the person was arrested on *(date)* 10/04/11
at *(city and state)* LAS VEGAS, NV.

Date: 10/04/11

for ICE/DHS SA MARTIN YATES

*Arresting officer's signature*

Printed name and title

Case 2:11-cr-00355-LDG -RJJ Document 1 Filed 09/28/11 Page 1 of 1

**FILED**

SEP 28

UNITED STATES MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY_____ DEPUTY

DANIEL G. BOGDEN
United States Attorney
NANCY J. KOPPE
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| PLAINTIFF, | 2:11-cr-__355__ |
| VS. | VIOLATION: |
| HANLON BAGGS, | 18 U.S.C. §2422(b) - Coercion and Enticement |
| DEFENDANT. | |

**THE GRAND JURY CHARGES THAT:**

Between on or about September 3, 2011, and on or about September 15, 2011, in the State and Federal District of Nevada,

**HANLON BAGGS,**

defendant herein, did use a facility of interstate commerce to knowingly persuade, induce, and entice, and to attempt to knowingly persuade, induce, and entice an individual who has not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense under federal, state and local law, in violation of Title 18, United States Code, Section 2422(b).

**DATED:** this __28th__ day of September, 2011.

**A TRUE BILL:**

/s/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

NANCY J. KOPPE
Assistant United States Attorney