

1  DANIEL G. BOGDEN
   United States Attorney
2  NANCY J. KOPPE
   Assistant United States Attorney
3  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, Nevada 89101
4  (702) 388-6336

5

6

7

8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No. 2:11-cr-00355-LDG(RJJ) |
| Plaintiff,        ) | |
| )  | |
| vs.        ) | |
| )  | **PRETRIAL DIVERSION AGREEMENT** |
| HANLON BAGGS,        ) | |
| )  | |
| Defendant.        ) | |

14         You have been charged in a Criminal Indictment filed on September 28, 2011, in the

15  United States District Court for the District of Nevada with Coercion and Enticement, a violation of

16  Title 18, United States Code, Section 2422(b).  Between in or about September 3, 2011, and on or

17  about September 15, in the State and Federal District of Nevada, you did use a facility of interstate

18  commerce to knowingly persuade, induce, and entice, and to attempt to knowingly persuade, induce,

19  and intice an individual who has not attained the age of 18 years to engage in any sexual activity for

20  which any person can be charged with a criminal offense under federal, state and local law.  Upon

21  accepting responsibility for your behavior and by your signature on this Agreement, it appearing after

22  an investigation of the offense and your background, that the interests of the United States and your

23  own interests and the interests of justice will be served by the following procedure, on the authority

24  of the Attorney General of the United States, by Daniel G. Bogden, United States Attorney for the

25  District of Nevada, prosecution in this District for these offenses shall be deferred for a period of 18

26  months from this date, provided you abide by the following conditions and the requirements of this

1    Agreement as set forth hereafter.

2              Should you violate the conditions of this Agreement, the United States Attorney may

3    revoke or modify any conditions of this Pretrial Diversion Program or change the period of

4    supervision, which shall in no case exceed 18 months. The United States Attorney may release you

5    from supervision at any time. The United States Attorney may at any time within the period of your

6    supervision initiate prosecution for these offenses should you violate the conditions of this Agreement.

7    In such an event, your statement accepting responsibility in this matter may be used against you. In

8    this case, he will furnish you with notice specifying the conditions of the Agreement which you have

9    violated.

10             After successfully completing your Pretrial Diversion Program and fulfilling all the

11   terms and conditions of the Agreement, no prosecution for the offenses previously set forth will be

12   instituted in this District, and the charges against you will be dismissed.

13                     **GENERAL CONDITIONS OF PRETRIAL DIVERSION**

14             1.  You shall not violate any law (federal, state and local). You shall immediately

15   contact your Pretrial Diversion Program supervisor if arrested and/or questioned by any law

16   enforcement officer.

17             2.  You shall attend school or work regularly at a lawful occupation or otherwise

18   comply with the terms of the special program described hereafter. If you lose your job or are unable

19   to attend school, you shall notify your Pretrial Diversion Program supervisor at once. You shall

20   consult him or her prior to job or school changes.

21             3.  You shall continue to live in the District of Nevada. If you intend to move out of

22   that district, you shall inform your supervisor so an appropriate transfer of program responsibility can

23   be made.

24             4.  You shall report to your supervisor as directed and keep him or her informed of your

25   whereabouts.

26

2

5. You shall follow the program and such special conditions as may be described below.

6. Your period of supervision shall be 18 months.

**SPECIAL CONDITIONS**

1. ~~Defendant is to maintain current sex-offender registration consistent with the Sex Offender Registration and Notification Act in whatever jurisdiction he resides.~~

2. Defendant is not to have unsupervised contact with minors.

3. Defendant shall submit his person, property, house, residence, vehicle, papers, computer, other electronic communications or data storage devices or media, and effects to search at any time, with or without a warrant, by any law enforcement or pretrial services officer with reasonable suspicion concerning a violation of a condition of his pretrial release or unlawful conduct by the person, and by any pretrial services officer in the lawful discharge of the officer's functions.

4. Defendant is not to possess any firearms or weapons.

5. Defendant shall perform 240 hours of community service.

6. Defendant shall not use any alcohol or controlled substances. Defendant will submit to random drug testing by Pretrial Services during the period of supervision.

**ACKNOWLEDGMENT**

I assert and certify that I am aware of the fact that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also am aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an indictment, information, or complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an information or in bringing a defendant to trial. I hereby request the United States Attorney for the District of Nevada to defer such prosecution. I agree and consent that any delay from the date of this Agreement to the date of initiation of prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request, and I waive any defense to such prosecution on the ground that such

3

1  delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure and the

2  Sixth Amendment to the Constitution of the United States to a speedy trial or to bar the prosecution

3  by reason of the running of the statute of limitations for a period of months equal to the period of this

4  agreement.

5          I hereby state that the above has been read and explained to me. I understand the

6  conditions of my Pretrial Diversion Program and agree that I will comply with them.

8  _____          _____
   HANLON BAGGS, Divertee                    Date                8/20/12

10 _____          _____
11 WILLIAM B. TERRY                          Date                8.20.12
   Counsel for Divertee

13 _____          _____
14 NANCY J. KOPPE                            Date                8/20/12
   Assistant United States Attorney

16 _____          _____
17 U.S. Pretrial Services Officer  Justin Mounts   Date          8-20-12

4