DANIEL G. BOGDEN
United States Attorney
PAMELA A. MARTIN
Assistant United States Attorney
DISTRICT OF NEVADA
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX:  (702) 388-6698

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>HANLON BAGGS,<br><br>              Defendant. | Case No.  2:11-cr-00355-LDG-RJJ<br><br>GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO TERMINATE PRETRIAL DIVERSION WITH A DISMISSAL OF CASE |

CERTIFICATION:    This Response is timely filed.

After consultation with Defendant's Pretrial Services Officer, the Government does not object to the termination of Defendant's Pretrial Diversion.  The Government further does not object to the dismissal of the case based on Defendant's completion of the requirements pursuant to the pretrial diversion agreement.

DATED this   12th   day of March, 2014.

DANIEL G. BOGDEN
United States Attorney


*/s/Pamela A. Martin*
PAMELA A. MARTIN
Assistant U.S. Attorney

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the United States Attorney's Office for the District of Nevada and a person of such age and discretion as to be competent to serve papers. That on March 14, 2014, I served an electronic copy of the above and foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO TERMINATE PRETRIAL DIVERSION WITH A DISMISSAL OF THE CASE** by electronic service (ECF) to all parties of record named below:

| | |
|---|---|
| WILLIAM B. TERRY, ESQ. | ___ United States Mail, postage prepaid |
| Nevada Bar No. 001028 | ___ Hand delivery |
| WILLIAM B. TERRY, CHARTERED | ___ Facsimile Transmission (fax) |
| 530 South Seventh Street | ___ Federal Express |
| Las Vegas, Nevada 89101 | _x_ ECF Filing |
| 702-385-0799 | ___ E-mail |
| Fax: 702-385-9788 | |
| Email: info@WilliamTerryLaw.com | |

*/s/Melissa Hubbard*
Legal Assistant