# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HANLON BAGGS,<br><br>    Defendant. | Case No. 2:11-cr-00355-LDG<br><br>**ORDER** |

The Defendant has successfully completed his Pretrial Diversion Program and fulfilled all the terms and conditions of his Pretrial Diversion Agreement with the United States. The United States has indicated that it does not object to termination of the Defendant's Pretrial Diversion and dismissal of this case, therefore,

THE COURT **ORDERS** that Defendant's Motion to Terminate Pretrial Diversion with a Dismissal of the Case (#25) is GRANTED;

THE COURT FURTHER **ORDERS** that Defendant's Pretrial Diversion is TERMINATED;

THE COURT FURTHER **ORDERS** that this matter is DISMISSED.

DATED this ____ day of March, 2014.

_____
Lloyd D. George
United States District Judge